# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

**FILED**

SEP 19 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Deborah Diane Fletcher

General Delivery

900 Brandywine Road NW

Washington, DC 20019

305-834-2402

      Plaintiff

Case: 1:18-cv-02162
Assigned To : Unassigned
Assign. Date : 9/19/2018
Description: Pro Se Gen. Civil

v.

Mary Fletcher (*The one who play her in 1968-1969*),

Wandy Fletcher, James Vinson Jr. (Jay) or

John John, Kenndy

Camp St. Florence & Camp Goodwill ~~or~~

Summerville, West VA. OR

1601 Village Green Drive

Landover, Maryland 20785

      Defenders,

**RECEIVED**

SEP 19 2018

Clerk, U.S. District and
Bankruptcy Courts

This is a 240 Torts to Land, suit.

## COMPLAINT

Plaintiff is a residence of Florida, but present have a DC mailing address, bring ⚥ claim(s) on these defenders locate in West VA and Maryland. During the summer of 1960 when plaintiff went to summer camp, for the first time; that Saturday August 12, 1960 at camp plaintiff turn 12 years old that night plaintiff woke-up crying and her counsel Dee-Dee said you are home sick, but that night plaintiff was rape each night she was their. The second summer camp the next year 1961 Camp Goodwill when plaintiff was there for two weeks she was rape each night. The first camp Camp Saint Florence plaintiff stayed 10 days. Sometimes during 2000's plaintiff heard that because of the many rapes that she underwent at both summer camp, the owner was suit and that camp close in 1961 and was given to plaintiff Camp St. Florence and Camp Goodwill is one camp.

The June of 1968 at Saint Luke's Catholic Church that "68" Graduation Class plaintiff made a speak that she was accepted at a convent, but she had to wait one year before enter. From what plaintiff heard concerning that speak many did not like it, in the family she grow up with. And someone order plaintiff rape with a baby being in her. Plaintiff was not having any known sex during 9th, 10th, 11th, 12th or right after her graduation. That high school graduation night at Spingarn Senior High plaintiff was again rape and could not recall how she got home in bed. Plaintiff had the same summer job she got at 17, now 18 the next year, while at work plaintiff ask to leave at 12'noon to have something check out. So, plaintiff went to DC General Hospital and they

inform plaintiff that she was pregence and that plaintiff try to destroy it. But plaintiff have know idea that she was with child. That October 1968 plaintiff mother stated, "Your aunt Grace Jones said you can go and stay with her" which plaintiff did go to Philadelphia, PA that October 1968, when Gloria, her two kids, along with my mother we all drove plaintiff to her aunt in Philadelphia.

Plaintiff heard and was not told that the ones she left behind they all were killed, but Wandy and Carol was not amound them, that Carol left the house after Gloria drove off. When plaintiff return back in 1969 to 5025 Fitch Place NE, Washington DC the mother stated," Wandy was rape and they just got back from court".


If, plaintiff heard right that plaintiff should have been the one to enter the White House and not Wandy, her sister who have not started school, yet. That camp Camp St. Florence & Camp Goodwill, Wandy and John John or Jay did live on that camp together for many years and they trespass, on plaintiff land; the mother arrant for that sister to take plaintiff *BIRTH RIGHT* from plaintiff begin 1968. Plaintiff was brought to that house, as an infant, 5025 Fitch Place, NE after C⁄uncle Geen killed that mother who walk out of Feedman Hospital August 1949, with her new born infant girl, who is now the plaintiff. And they was supposit to left plaintiff go when she was 12 years old. These individuals stole much from plaintiff including many checks that was mail to plaintiff, with her home and help kept plaintiff moving on the streets along with Abara.


Federal District Courts is limited and is set forth generally; under those statutes Federal Jurisdiction is available only when a "Federal Question" is presented or the parties are diverse citizenship and the amount in

controversy exceeds $75,000. A party seeking relief in the District Courts must at least plead facts that bring the suit within the Courts Jurisdiction.

Plaintiff has plead a specifi amount in controversy exceeds in Trillions plus back the land of Camp St. Florence & Camp Goodwill along with that land value. Furthermore; plaintiff warrant Judgment of that land, with the value; the many of checks that went to that land address along with that dean that must have been mail to 5025 Fitch Place NE sometime during 1968 &1969, that is the relief plaintiff strongly request from this court and it be given face to face or through this court, along with the 56 checks that begin given/sent to plaintiff at 12 yrs. old to 68 yrs. old.

September 19, 2018
~~October 14, 2018~~

Deborah Diane Fletcher, Attorney for Plaintiff

General Delivery

900 Brandywine Road NW

Washington, DC 20019

fletchered232@gmail.com

*Deborah Diane Fletcher* (signature)