UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV - 5 2018
Clerk, U.S. District and
Bankruptcy Courts

DEBORAH DIANE FLETCHER,        )
                               )
            Plaintiff,         )
                               )
v.                             )   Civil Action No. 1:18-cv-02162 (UNA)
                               )
                               )
MARY FLETCHER, *et al.*,       )
                               )
            Defendants.        )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint ("Compl.") and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668–71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). "A confused and rambling narrative of charges and conclusions . . . does not comply with the requirements of Rule 8." *Cheeks v. Fort Myer Constr. Corp.*, 71 F. Supp. 3d 163, 169 (D.D.C. 2014) (citation and internal quotation marks omitted).

1

Plaintiff brings wide-ranging allegations against defendants, Mary Fletcher ("the one who play[ed] her in 1968–1969"), Wandy Fletcher, James Vinson, Jr., "John John" Kennedy, and two summer camps. Compl. at caption. Plaintiff alleges that she was subject to various assaults in these summer camps. *Id.* at 2–3. She then alleges that some or all of the defendants stole real property and money from her and/or her family. *Id.* at 3. Plaintiff seeks "[t]rillions" in damages, the "land value" of the alleged stolen real property, the return of stolen personal property, and injunctive relief. *Id.* at 4.

The sweeping and disjointed allegations comprising the complaint fail to provide adequate notice of a claim. The complaint also fails to set forth allegations with respect to this Court's jurisdiction over plaintiff's entitlement to relief or a valid basis for any award of damages. The causes of action, parties, and any connection relating thereto, are largely undefined. As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8(a). Therefore, the Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

Date: October 16, 2018

United States District Judge